Yana A. Hart, Esq. (SBN: 306499)
yana@westcoastlitigation.com
**Hyde & Swigart, APC**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Office Number: (619) 233-7770
Office Fax Number: (619) 297-1022

*Attorneys for Plaintiff*
Beau Vincelli

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEAU VINCELLI,<br><br>            Plaintiff,<br><br>v.<br><br>AAA NATIONAL CREDIT REPORTING CORP., et al,<br><br>            Defendants. | **Case No.: 18-CV-0063-GPC-BGS**<br><br>**NOTICE OF SETTLEMENT** |

//
//
//
//
//
//

NOTICE IS HEREBY GIVEN that this case has been settled in its entirety. The Parties anticipate filing dismissal of this action in its entirety with prejudice within 60 days. The Parties request that all pending dates and filing requirements be vacated and that the Court set a deadline on or after September 7, 2018 for filing a request for dismissal.

Respectfully submitted,

Date: July 11, 2018                               **HYDE & SWIGART, APC**

                                                  By: s/ Yana A. Hart
                                                     Yana A. Hart
                                                     *Attorneys for Plaintiff*

Date: July 11, 2018                               **HIGGS FLETCHER MACK**

                                                  By: s/ Mary R. Robberson
                                                     Mary R. Robberson
                                                     *Attorneys for Defendants*

### Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Mary R. Robberson, counsel for the Defendants, and that I have obtained her authorization to affix her electronic signature to this document.

Dated: July 11, 2018                              **HYDE & SWIGART**

                                                  By: s/Yana A. Hart
                                                     Yana A. Hart
                                                     *Attorneys for Plaintiff*