# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEAU VINCELLI,<br><br>    Plaintiff,<br><br>v.<br><br>AAA NATIONAL CREDIT REPORTING CORP., et al.,<br><br>    Defendant. | Case No.: 18-CV-0063-GPC-BGS<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**HON. GONZALO P. CURIEL** |

  Based upon the Joint Motion for Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed with prejudice. Each party to bear their own attorneys' fees and costs.

  IT IS SO ORDERED.

Dated: August 29, 2018

                    *[signature]*
                    Hon. Gonzalo P. Curiel
                    United States District Judge